UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO (DAYTON)

| | | |
|---|---|---|
| THE CITY OF DAYTON, | : | |
| | : | |
| Plaintiff, | : | CASE NO. 3:17-cv-00229-TMR |
| | : | |
| vs. | : | JUDGE THOMAS M. ROSE |
| | : | |
| PURDUE PHARMA L.P., *et al,* | : | |
| | : | |
| Defendants. | : | |

## MOTION OF DEFENDANT McKESSON CORPORATION THAT IT NOT BE REQUIRED TO RESPOND TO COMPLAINT IN THIS COURT

Defendant McKesson Corporation ("McKesson") hereby requests that McKesson not be required to answer, move, or otherwise respond to Plaintiff's Complaint in this Court because the result of either the successful removal of this action or any remand motion will be that McKesson and the other Distributor Defendants are not part of this federal court action.

Defendant Endo Pharmaceuticals, Inc. ("Endo") removed this action to this Court on July 7, 2017. Endo's Notice of Removal [Doc. # 1] asserts that McKesson and the other Distributor Defendants are dispensable parties who should be severed. [*See* Doc. # 1, ¶¶ 36-39.] Alternatively, Endo's Notice of Removal asserts that the Distributor Defendants are fraudulently misjoined. [*See id.* ¶¶ 40-43.] If Endo's removal is successful, it will result in McKesson and the other Distributor Defendants being severed from this federal court action. Likewise, if Plaintiff moves to remand and is successful, McKesson and all other Defendants no longer will be litigating in this Court. Accordingly, no circumstance exists in which McKesson would be required to answer, move, or otherwise respond to Plaintiff's Complaint in this Court.

In addition, in the state court action, Plaintiff and McKesson had previously filed a consent motion for an extension of time for McKesson to answer, move, or otherwise respond to

Plaintiff's Complaint.  On June 30, 2017, the Montgomery County Court of Common Pleas granted that consent motion and issued its Order providing McKesson until September 8, 2017, to respond to Plaintiff's Complaint.[1]  (*See* Exhibit 1, attached.)

Although this present motion is not a motion for an extension of time under S.D. Ohio Civ. R. 7.3(a) to which the parties affected must consult, the parties nevertheless did so consult.  Undersigned counsel for McKesson (Vince Holzhall) and counsel for Plaintiff (John Climaco) exchanged voicemails and emails on Monday, July 10, 2017, and again exchanged emails on Wednesday, July 12, 2017.  The consultations occurred in good faith regarding whether a consent motion could be filed with the Court regarding the relief requested by McKesson in this motion.  At the time of the filing of this motion, the parties have not reached a consensus and it is not currently known whether Plaintiff will or will not oppose this motion.

Wherefore, McKesson respectfully requests that the Court grant its motion and order that McKesson not be required to answer, move, or otherwise respond to the Complaint in this Court.

Dated: July 12, 2017

Respectfully submitted,

 /s/  Vincent I. Holzhall
Vincent I. Holzhall (0074901)
Alana Valle Tanoury (0092265)
**STEPTOE & JOHNSON PLLC**
41 South High Street, Suite 2200
Columbus, Ohio  43215
(614) 221-5100 phone; (614) 221-0952 fax
vince.holzhall@steptoe-johnson.com
alana.tanoury@steptoe-johnson.com

*Counsel for Defendant McKesson Corporation*

---

[1] Under 28 U.S.C. § 1450, all "injunctions, orders, and other proceedings had in such action prior to its removal shall remain in full force and effect until dissolved or modified by the district court."

2

7734300

## **CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing ***Motion of Defendant McKesson Corporation That It Not Be Required to Respond to Complaint in this Court*** was served on the following by the Court's electronic case filing system to all those participating therein and by regular United States mail, postage prepaid, to the following this 12th day of July, 2017:

| | |
|---|---|
| John R. Climaco (0011456)<br>David M. Cuppage (0047104)<br>Margaret M. Metzinger (0065624)<br>CLIMACO, WILCOX, PECA,<br>& GAROFOLI, C.O., L.P.A.<br>55 Public Square, Suite 1950<br>Cleveland, Ohio 44113<br><br>Paul J. Napoli<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br><br>John C. Musto<br>City Attorney's Office - 3<br>P.O. Box 22<br>101 West Third Street<br>Dayton, OH 45401<br><br>*Counsel for Plaintiffs*<br><br>Daniel Jerome Buckley<br>Vorys Sater Seymour & Pease<br>1 Atrium Two<br>221 E Fourth Street, Suite 2000<br>Cincinnati, OH 45201-0236<br><br>*Counsel for Defendants Purdue Pharma L.P.,<br>Purdue Pharma Inc., and The Purdue Frederick<br>Company, Inc.* | Carole S. Rendon (0070345)<br>Tera N. Coleman (0090544)<br>BAKER & HOSTETLER LLP<br>127 Public Square, Suite 2000<br>Cleveland, OH 44114-1214<br><br>G. Karl Fanter (0075686)<br>BAKER & HOSTETLER LLP<br>3200 PNC Center<br>1900 East Ninth Street<br>Cleveland, OH 44114<br><br>*Counsel for Defendants Endo Health Solutions,<br>Inc. and Endo Pharmaceuticals, Inc.*<br><br>Teva Pharmaceuticals USA, Inc.<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road<br>Wilmington, DE 19810 |

3

7734300

| | |
|---|---|
| Cephalon, Inc.<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road<br>Wilmington, DE 19810 | Johnson & Johnson<br>One Johnson & Johnson Plaza<br>New Brunswick, NJ 08933 |
| Janssen Pharmaceuticals, Inc.<br>116 Pine Street, Suite 320<br>Harrisburg, PA 17101 | Ortho-McNeil-Janssen Pharmaceuticals, Inc.<br>n/k/a Janssen Pharmaceuticals, Inc.<br>116 Pine Street, Suite 320<br>Harrisburg, PA 17101 |
| Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.<br>116 Pine Street, Suite 320<br>Harrisburg, PA 17101 | Allergan PLC f/k/a Actavis PLC<br>CT Corporation System<br>4400 Easton Commons Way, Suite 125<br>Columbus, Ohio 43215 |
| Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.<br>Corporate Creations Network, Inc.<br>119 E. Court Street<br>Cincinnati, Ohio 45202 | Watson Laboratories, Inc.<br>Corporate Creations Network Inc.<br>119 E. Court Street<br>Cincinnati, OH 45202 |
| Actavis LLC<br>Corporate Creations Network Inc.<br>119 E. Court Street<br>Cincinnati, OH 45202 | Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.<br>Corporate Creations Network Inc.<br>119 E. Court Street<br>Cincinnati, OH 45202 |
| Cardinal Health, Inc.<br>7000 Cardinal Place<br>Dublin, Ohio 43017 | AmerisourceBergen Corporation<br>1300 East Ninth Street<br>Cleveland, Ohio 44114 |
| Jordan D Rauch<br>O. Judson Scheaf, III<br>Hahn Loeser & Parks LLP<br>65 E State Street, Suite 1400<br>Columbus, OH 43215<br><br>*Counsel for Defendant Russell Portenoy* | Gregory D Brunton<br>Gordon Rees Scully Mansukhani, LLP<br>41 South High Street, Suite 240<br>Columbus, OH 43215<br><br>*Counsel for Defendants Perry Fine, Scott Fishman, and Lynn Webster* |

                                    */s/ Vincent I. Holzhall*
                                    Vincent I. Holzhall (0074901)

7734300