## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

CITY OF DAYTON,          :
          :
     Plaintiff,       :    **No. 3:17-cv-229**
          :
  vs.          :    **Judge Thomas M. Rose**
          :
PURDUE PHARMA L.P., et al.,  :
          :    **Magistrate Judge Michael R. Merz**
     Defendants.    :

### ORDER

Upon consideration it is hereby

**ORDERED** that the Unopposed Motion of Dr. Russell Portenoy to Stay the Date by Which to Respond to Plaintiff's Complaint and For an Extension of Time Pending Final Determination of Removal is **GRANTED**; it is further

**ORDERED** that the date by which Dr. Russell Portenoy shall answer, move, or otherwise respond to Plaintiff's Complaint is hereby stayed pending a final determination of removal; and it is further

**ORDERED** that Dr. Russell Portenoy shall have seventy-five (75) days after the final determination of removal by which to answer, move, or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED**

ENTERED this 28th day of August 2017    *S/THOMAS M. ROSE
                        _____
                        Thomas M. Rose
                        UNITED STATE DISTRICT COURT JUDGE